UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FIELD DAY, LLC, et al.,

                      Plaintiff(s),        **ORDER**
                                                    CV04-2202 (DRH)(WDW)

      -against-

COUNTY OF SUFFOLK, et al.,

                      Defendant(s).
-------------------------------------------------------------------X

**WALL, Magistrate Judge:**

      Before the court is the plaintiffs' motion to compel defendant Suffolk County to produce documents relating to applications for "mass gathering" events similar to the one at issue in this action. See Dkt. Entry #96. Suffolk County takes the position that such documents would relate only to an equal protection claim and that no such claim has been asserted in this action. The court disagrees and the motion is granted. The demand for the documents is "reasonably calculated to lead to the discovery of admissible evidence," relating, for example, to a possible pattern of unconstitutional, content-based determinations of mass gathering applications.

Dated:  Central Islip, New York                **SO ORDERED:**
         July 10, 2006

                                                    /s/ William D. Wall
                                                    WILLIAM D. WALL
                                                    United States Magistrate Judge