BEFORE: WILLIAM D. WALL                                  DATE: 8/16/06

UNITED STATES MAGISTRATE JUDGE                           TIME: 9:30 AM

DOCKET NO.  CV 04-2202                      ASSIGNED JUDGE: HURLEY

CASE NAME: FIELD DAY LLC, ET AL. V. COUNTY OF SUFFOLK, ET AL.

CIVIL CONFERENCE

Initial _____   Status _____   Settlement _____   Pretrial _____

Other: MOTION HEARING

APPEARANCES:   Plaintiff    Charles Bachman

               Defendant    Christopher Jeffreys(Suffolk)

                            Phil Siegel(Riverhead)

                            Thomas Sledjeski(Chief Hegermiller)

SCHEDULING:

1.  The next  Pretrial  conference will be held on  March 8, 2007 at 10:00 am.

THE FOLLOWING RULINGS WERE MADE: Motions (#102) and (#104) are GRANTED in part and DENIED in part.

   Depositions will be limited to 25 for the plaintiffs and all defendants. The County defendants shall submit interrogatory responses to all outstanding demands by September 15, 2006.

   The scheduling order dated December 22, 2005 is amended as follows; All fact witness depositions shall be completed no later than **November 15, 2006.** All expert disclosures shall be completed no later than **December 15, 2006.** All discovery shall be completed by **January 15, 2007**, with the exception of expert depositions which may be taken at anytime prior to trial.

   Any party intending to make a dispositive motion shall request a pre-motion conference with Judge Hurley no later than **February 15, 2007.** The pretrial conference scheduled for February 1, 2007 is adjourned to the above date. The case shall be trial ready by the date of the pretrial conference. A joint proposed pretrial order shall be submitted at the pretrial conference.

                                        SO ORDERED

  /s/ William D. Wall
WILLIAM D. WALL
United States Magistrate Judge