BEFORE: WILLIAM D. WALL                    DATE: 12/13/06

UNITED STATES MAGISTRATE JUDGE            TIME: 11:00 AM

DOCKET NO.   CV 04-2202            ASSIGNED JUDGE: HURLEY

CASE NAME: FIELD DAY, LLC, ET AL. V. COUNTY OF SUFFOLK, ET AL.

                              CIVIL CONFERENCE

Initial _____  Status _____  Settlement _____  Pretrial _____

Other: MOTION HEARING


APPEARANCES:    Plaintiff       B. Andrew Bednark

                                Peter Obstler

                Defendant       Phil Siegel(Riverhead)

                                Christopher Jeffreys(Suffolk et al)

                                Tom Sledjeski(Police Chief)

                Non-party       Jeffrey Rea  ( Michael Frisch)

SCHEDULING:

1.    The next _____ conference will be held on _____.


THE FOLLOWING RULINGS WERE MADE:
        1.  Docket # 125, a Motion to Quash a non-party subpoena, is GRANTED, to the
extent that the deposition of Mr. Frisch is quashed, no costs or fees are awarded.

        2.  Docket # 118 the County's Motion to Compel is GRANTED to the extent that all
documents demanded by the defendants shall be produced subject to a confidentiality order.  That
portion of the motion dealing with depositions is DENIED as moot.
        3.  Docket # 120 Plaintiff's Motion to Compel is GRANTED.  The County shall
produce the previously demanded witnesses for deposition and provide all previously demanded
documents no later than December 31, 2006.
        4.  Docket # 122 is GRANTED . The County shall produce a 30(b) (6) witness with
knowledge, for deposition no later than December 31, 2006.  The plaintiff is awarded the costs of
this motion and all costs, including travel, in connection with the failed deposition of December 1,
2006.  The plaintiff shall submit a detailed affidavit in support of the award of costs.

        5.  Docket # 127, Plaintiff's Motion to Compel is GRANTED.  The county shall

produce a copy of all recordings and transcripts made by the County in connection with this matter. The plaintiff is awarded the costs of this motion and shall submit an affidavit to that effect.

The stipulation and proposed order dated December 12, 2006 is vacated. The parties shall submit a joint proposed amended scheduling order consistent with the court's rulings today.

The pretrial conference scheduled for March 8, 2007 is adjourned *sine die* pending Judge Hurley's decision on the Rule 56 Motions. The plaintiff shall contact this court upon receipt of Judge Hurley's decision.

 s/ William D. Wall
WILLIAM D. WALL
United States Magistrate Judge